IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, et al., ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 1:13-cv-01107-GBL-IDD |
| v. ) ) | |
| LOU CARBONE PLUMBING COMPANY, ) ) | |
| Defendant. ) | |

## ORDER AND FINAL JUDGMENT

Upon consideration of Report and Recommendation entered on April 1, 2014 by United States Magistrate Judge Ivan D. Davis (Doc. 13), who was designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon independent review of the record,

**IT IS HEREBY ORDERED** that the Court adopts, as its own, the findings of fact and accepts the recommendation of United States Magistrate Judge Davis;

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Default Judgment (Doc. 9) is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk enter judgment in favor of Plaintiffs Plumbers and Pipefitters National Pension Fund ("NPF") and the Trustees of the International Training Fund's ("ITF") and against Defendant Lou Carbone Plumbing Company in the total amount of $10,320.83, consisting of the following:

1) Plaintiff NPF is awarded judgment against Defendant Lou Carbone Plumbing Company in the amount of $7,230.42 itemized as follows: (a) $4,951.30 in contributions for the months of July 2009 through November 2010 and June 2013; (b) $495.13 in liquidated damages

for the months of July 2009 through November 2010 and June 2013; and (c) $1,783.99 in interest accruing from the date due through the date of payment or December 6, 2013, and continuing until the date of full payment; and (c) $243.92 in interest until December 6, 2013, and continuing to accrue until the date of full payment;

(2) Plaintiff ITF is awarded judgment against Defendant Lou Carbone Plumbing Company in the amount of $1,031.62 itemized as follows: (a) $656.42 in delinquent contributions for the months of August 2009 through November 2010 and June 2013; (b) $131.28 in liquidated damages for the months of August 2009 through November 2010 and June 2013; and (c) $243.92 in interest until December 6, 2013, and continuing to accrue until the date of full payment; and

(3) Plaintiffs NPF and ITF are jointly entitled to attorneys' fees and costs. The Court hereby enters judgment in favor of Plaintiffs NPF and ITF, and against Defendant Lou Carbone Plumbing Company in the amount of $1,437.50 for attorneys' fees and $621.29 for costs;

**IT IS FURTHER ORDERED** that the Clerk close this action and remove the case from the Court's docket.

**IT IS SO ORDERED.**

ENTERED this 15th day of May, 2014.

Alexandria, Virginia
5 / 15 / 2013

/s/
Gerald Bruce Lee
United States District Judge

2